**Order filed September 13, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-09-00364-CV
_____

### GERARD STEPHAN LAZZARA, JR., Appellant

### V.

### JOYCE ANN LAZZARA, Appellee

**On Appeal from the 247th District Court
Harris County, Texas
Trial Court Cause No. 2007-14931**

# O R D E R

On May 21, 2009, this court abated this appeal because appellant petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 09-33361. *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed February 27, 2012. The parties failed to advise this court of the bankruptcy court action.

Unless within 20 days of the date of this order, any party to the appeal files a motion demonstrating good cause to retain this appeal, this appeal will be reinstated and dismissed for want of prosecution.


PER CURIAM